1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ladonna Ulrich,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Allied Collection Services, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:11-cv-01690-GMN -RJJ<br><br>**ORDER** |

  Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

  **IT IS SO ORDERED** this 25th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge